

Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Aileen E. McTiernan
Direct Telephone: 212-912-2829
Direct Fax: 855-595-1186
aileen.mctiernan@lockelord.com

July 24, 2019

**VIA ELECTRONIC MAIL**

Hon. Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

**MEMORANDUM ENDORSED ORDER:**
**Granted.**
**SO ORDERED.**
**Dated: August 13, 2019**
*/s/ Sean H. Lane*
**United States Bankruptcy Judge**

    Re:    <u>Justo Reyes v. Wells Fargo Bank, N.A.</u>
             Adv. No.: 19-08248-shl

             <u>Karen Jackson v. Wells Fargo Bank, N.A.</u>
             Adv. No.: 19-08249-shl

Dear Judge Lane:

We represent defendant Wells Fargo Bank, N.A., Inc. ("Wells Fargo") in the above-captioned matters and write to request that the Court enter an order commemorating the parties' agreement to extend the time for Wells Fargo to respond to the Amended Complaint to August 19, 2019.

Plaintiffs filed their Amended Complaint on July 15, 2019. Wells Fargo's deadline to file its response to the Amended Complaint is currently set for July 29, 2019. This is the first request to extend Wells Fargo's deadline to respond to the Amended Complaint and all parties consent to this application.

Respectfully yours,

*/s/Aileen E. McTiernan*

Aileen E. McTiernan

cc:    Linda Tirelli, Esq. (via electronic mail)
       Tom Zimmerman, Esq. (via electronic mail)
       Javier Merino, Esq. (via electronic mail)