

Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Aileen E. McTiernan
Direct Telephone: 212-912-2829
Direct Fax: 855-595-1186
aileen.mctiernan@lockelord.com

September 27, 2019

**VIA ELECTRONIC MAIL**

Hon. Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

      Re:    <u>Justo Reyes v. Wells Fargo Bank, N.A.</u>
              Adv. No.: 19-08248-shl

              <u>Karen Jackson v. Wells Fargo Bank, N.A.</u>
              Adv. No.: 19-08249-shl

Dear Judge Lane:

We represent defendant Wells Fargo Bank, N.A., Inc. ("Wells Fargo") in the above-captioned matters and write to request that the Court enter an order commemorating the parties' agreed-upon briefing schedule in connection with Wells Fargo's pending Motion to Dismiss.

Plaintiffs filed their Amended Complaint on July 15, 2019. Wells Fargo filed its Motion to Dismiss the Amended Complaint on August 19, 2019. The parties agree that Plaintiffs shall submit their Opposition to the Motion to Dismiss by November 1, 2019, and Wells Fargo shall submit its Reply by December 6, 2019. The hearing date will be determined by the Court. All parties consent to this application.

Respectfully yours,

*/s/Aileen E. McTiernan*

Aileen E. McTiernan

cc:    Linda Tirelli, Esq. (via electronic mail)
        Tom Zimmerman, Esq. (via electronic mail)
        Javier Merino, Esq. (via electronic mail)

**MEMORANDUM ENDORSED ORDER:**
**The proposed schedule is approved.**
**SO ORDERED.**
**Dated: October 3, 2019**
*/s/ Sean H. Lane*
**United States Bankruptcy Judge**